IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CRAIG A. COVIC, MARK J. ABBOTT, ROBERT A. WATT, GARY J. FRIESEN, MICHAEL H. MCKENNA, and GEOFFREY B. COE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION, THE FEDEX CORPORATION EMPLOYEES' PENSION PLAN, THE RETIREMENT PLAN INVESTMENT BOARD OF FEDEX CORPORATION, and JOHN/JANE DOES 1–10,<br><br>Defendants. | Case No. 2:23-cv-02593-JPM-atc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendants' Motion to Dismiss, filed on September 12, 2024 (ECF No. 46), and the Court having entered an Order of Dismissal (ECF No. 66),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is **DISMISSED WITH PREJUDICE.**

**APPROVED:**

*/s/ Jon P. McCalla*_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

September 18, 2024_____
Date